NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1238


CURTIS AUGUSTINE, JR. and
OPHELIA AUGUSTINE

VERSUS

CITY OF MARKSVILLE, ET AL.


************

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT,
PARISH OF AVOYELLES, NO. 2003-4961,
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of John D. Saunders, Marc T. Amy, and Michael G. Sullivan, Judges.


AFFIRMED.

D. Heath Trahan
Randall B. Keiser
Keiser & Auzenne, L.L.C.
Post Office Box 12358
Alexandria, Louisiana  71315
(318) 443-6168
Counsel for Defendants/Appellants:
        City of Marksville
        John Buckles

**Triston K. Knoll**
**Jerold Edward Knoll**
**The Knoll Law Firm**
**Post Office Box 426**
**Marksville, Louisiana  71351**
**(318) 253-6200**
**Counsel for Plaintiffs/Appellees:**
      **Curtis Augustine, Jr.**
      **Ophelia Augustine**